UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br>JULIO ALBERTO RIVAS RODRIGUEZ<br>Petitioner (s) | CASE NO: 23-00245 ESL<br><br>CHAPTER 13 |

## MOTION TO INFORM DEBTOR´S MAILING ADDRESS CHANGE

TO THE HONORABLE COURT:

COME(S) NOW, debtor(s) through the undersigned attorney and to this Honorable Court respectfully state, allege and pray as follows:

1. On January 31, 2024 debtor filed her voluntary petition under the bankruptcy code.

2. Debtor informs that his new mailing address is as follows:

**Mailing and Residential Address:**
Calle Dr. Roses Artau 205
Apartamento 1 A
Arecibo, PR 00612

3. Debtor(s) Very respectfully request that this information be published in debtor Voluntary Petition.

WHEREFORE, debtor(s) pray that the Honorable Court take notice of debtor's mailing and residential address correction.

WE HEREBY CERTIFY that on this same date and by electronic CM/EC filing system, copy of this Notice has been sent to Mr. Jose R. Carrión-Morales, Esq., Chapter 13 Trustee, Po Box 9023884, PR 00902-3884 and to all interested parties mentioned in attached Master Address List.

Respectfully Submitted

In Hatillo to San Juan, Puerto Rico, this April 8, 2024.

*HATILLO LAW OFFICE, PSC*
*Attor*ney for Petitioner(s)
PO Box 678
Hatillo, PR 00659
Tel/Fax (787)262-4848
hatillolawoffice@yahoo.com

ELECTRONICALLY FILED
S/ Jaime Rodríguez-Pérez
USDC- PR 221011

JULIO ALBERTO RIVAS RODRIGUEZ
URB VISTA AZUL
A 14 CALLE 3
ARECIBO, PR 00612

COOPACA
PO BOX 1056
ARECIBO, PR 00613-1056

JEFFERSON CAPITAL
PO BOX 7999
SAINT CLOUD, MN 56302-9617

JAIME RODRIGUEZ PEREZ
HATILLO LAW OFFICE, PSC
PO BOX 678
HATILLO, PR 00659

DISCOVER
PO BOX 6103
CAROL STREAM, IL 60197-6103

MOHELA
633 SPIRIT DR
CHESTERFIELD, MO 63005

AFFIRM INC
650 CALIFORNIA ST FL 12
SAN FRANCISCO, CA 94108

DTOP
PO BOX 41269
MINILLAS STATION
SAN JUAN, PR 00940-1269

POPULAR AUTO
PO BOX 366818
SAN JUAN, PR 00936-6818

AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270

FIRST BANK
BANKRUPTCY DIVISION
PO BOX 9146
SAN JUAN, PR 00908-0146

PR CONSUMER DEBT MANAGEM
PO BOX 363387
SAN JUAN, PR 00935-7824

BANCO POPULAR
PO BOX 363228
SAN JUAN, PR 00936-3228

FIRST PREMIER BANK
PO BOX 5519
SIOUX FALLS, SD 57117-5519

SMALL BUSINESS ADM
DISASTER ASSISTANCE
14925 KINGSPORT ROAD
FORT WORTH, TX 76155-2243

CANDEL COOP
PO BOX 3249
MANATI, PR 00674

FREEDOMROAD FINANCIAL
PO BOX 4597
OAK BROOK, IL 60522-4597

SMALL BUSINESS ADMINISTRAT
PO BOX 3918
PORTLAND, OR 97208-3918

CAPITAL ONE
PO BOX 71087
CHARLOTTE, NC 28272-1087

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

SYNCHRONY BANK
ATTN BANKRUPTCY DEPT
PO BOX 965064
ORLANDO, FL 32896-5064

CITI CARDS
PO BOX 70166
PHILADELPHIA, PA 19176-0166

INTERNAL REVENUE SERVICE
CITY VIEW PLAZA II 48 CARR 165 SUITE 2000
GUAYNABO, PR 00968

US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

CITIBANK/THE HOME DEPOT
PO BOX 6497
SIOUX FALLS, SD 57117

ISLAND FINANCE - SERV CLIENTE
PO BOX 71504
SAN JUAN, PR 00936

US DEPARTMENT OF TREASURE
15OO PENNSYLVANIA AVE NW
WASHINGTON, DC 20220