## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

IN RE:

**JULIO ALBERTO RIVAS RODRIGUEZ
aka JULIO A RIVAS RODRIGUEZ, aka JULIO RIVAS RODRIGUEZ, aka JULIO ALBERTO RIVAS, dba SABOR BORINKANO**

xxx–xx–1862

Debtor(s)

Case No. **23–00245 ESL**

Chapter **13**

FILED & ENTERED ON 5/15/24

### *ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION AND DENYING MOTION FOR DISMISSAL*

This case is before the Court on Debtor's(s') motion under 11 U.S.C. §1329 to modify the confirmed plan and to approve the amended plan 4/5/24 (docket entry # 89). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor's(s') motion.

It further appearing that the amended plan addresses the grounds for dismissal on Chapter 13 Trustee's motion to dismiss, (docket entry #80) the same is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, May 15, 2024 .

Enrique S. Lamoutte
United States Bankruptcy Judge